IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CELL FILM HOLDINGS, LLC,

    Plaintiff,

v.                       CASE NO. 3:16-cv-00750-MHL

DOE 1

    Defendant,

NOTICE OF THE CLERK'S INTENTION
TO PROCEED WITH ABATEMENT

Court records show that the complaint in this action was filed on September 9, 2016, and that the defendants, Doe 1, have not been served with process.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and NINETY (90) DAYS having elapsed since the filing, please be advised of the Clerk's intention to dismiss this case without prejudice as to the unserved defendants FIFTEEN (15) DAYS from this date unless the plaintiff can show the Court good cause why such service was not made within the 90-day period.

                                    FERNANDO GALINDO, CLERK

                                    By: _____/s/_____
                                          Deputy Clerk

Richmond, Virginia
April 11, 2017